UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| GEORGE WINKLER, *ET AL.* | ) | |
| | ) | |
| v. | ) | NO. 2:02-CV-122 |
| | ) | |
| FRANK PETERSILIE, *ET AL.* | ) | |

**O R D E R**

Pursuant to the Mandate of the Sixth Circuit Court of Appeals issued on March 25, 2005, which vacated the judgment awarded to the plaintiffs' for their claims of outrageous conduct, it is hereby **ORDERED** that the judgment entered by this Court on September 26, 2003, is **AMENDED** to **DELETE:**

1. The judgment entered against Frank Petersilie individually in favor of George Winkler in the amount of $25,000.00 for compensatory damages.

2. The judgment entered against Frank Petersilie individually in favor of Floyd E. Brown and Diedre Wilkes Brown in the amount of $25,000.00 for compensatory damages.

3. The judgment entered against Frank Petersilie individually in favor of James A. Thagard and Frances S. Thargard in the amount of $25,000.00 for compensatory damages.

4. The judgment entered against Frank Petersilie individually in favor

of Thomas F. Huntington and Susan K. Huntington in the amount of $25,000.00 for compensatory damages.

The plaintiff's claims of outrageous conduct are accordingly **DISMISSED**. It is further **ORDERED** the judgment entered on September 26, 2003 shall, in all other respects, remain unchanged.

ENTER:

                                                s/J. RONNIE GREER
                                          UNITED STATES DISTRICT JUDGE